# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **MELEK FOSTER,**  *Plaintiff,*  v.  **DEPARTMENT OF THE AIR FORCE,** *et al.,*  *Defendants.* | **CIVIL ACTION NO.**  **5:20-cv-00244-TES** |

## ORDER TO PAY FILING FEE OR
## FILE MOTION TO PROCEED IN FORMA PAUPERIS

On June 24, 2020, Plaintiff filed his Complaint [Doc. 1]; however, he did not pay the requisite filing fee of $400.00. If Plaintiff still desires to pursue his claims, he must either pay the $400.00 filing fee or file a motion for leave to proceed *in forma pauperis* within 21 days of the date of this Order. If Plaintiff fails to comply with this Order, this case will be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). The Clerk is **DIRECTED** to send Plaintiff a copy of this Order and an Application to Proceed in District Court Without Prepaying Fees or Costs.

**SO ORDERED**, this 24th day of June, 2020.

s/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**